**Electronically Filed
Intermediate Court of Appeals
CAAP-19-0000459
10-JUL-2019
08:35 AM**

NO. CAAP-19-0000459

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

LEN K. KAMAKAWIWOOLE, Claimant-Appellee/Cross-Appellant v.
OAHU TRANSIT SERVICES, INC., - THE BUS, Self-Insured Employer-
Appellant/Cross-Appellee, and FIRMS CLAIMS SERVICES, Third-Party
Administrator-Appellant/Cross-Appellee,
and SPECIAL COMPENSATION FUND, Appellee/Cross-Appellee

APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(CASE NO. AB 2017-299 (2-12-08690))

ORDER GRANTING MOTION TO DISMISS APPEAL
(By: Ginoza, Chief Judge, Leonard and Reifurth, JJ.)

Upon consideration of the Withdrawal of Appeal, filed
June 27, 2019, by Self-Insured Employer-Appellant/Cross-Appellee
Oahu Transit Services, Inc. and Third-Party Administrator-
Appellant/Cross-Appellee Firms Claims Services (Appellants/Cross-
Appellees), which the court construes as a motion, the papers in
support, and the record, it appears that (1) Appellants/Cross-
Appellees filed the notice of appeal on June 24, 2019, and
Claimant-Appellee/Cross-Appellant Len K. Kamakawiwoole
(Appellee/Cross-Appellant) filed the notice of cross-appeal on
July 1, 2019; (2) the appeal and cross-appeal have not been
docketed; (3) Appellants/Cross-Appellees seek to dismiss their
appeal; and (4) dismissal of Appellants/Cross-Appellees' appeal
is authorized by Hawaiʻi Rules of Appellate Procedure Rule 42(a).

Therefore, IT IS HEREBY ORDERED that the motion is
granted and Appellants/Cross-Appellees appeal is dismissed.

Henceforth, this appeal shall be based upon the notice of cross-appeal, filed July 1, 2019.

DATED: Honolulu, Hawaiʻi, July 10, 2019.

Chief Judge

Associate Judge

Associate Judge